## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| WBG, Inc. d/b/a West Bank Grocery, a Minnesota Corporation, | Civil No. 06- 4660 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

---

This matter came before the Court on Stipulation of WBG, Inc. d/b/a West Bank Grocery ("Plaintiff") and the United States of America ("Defendant").

Based on the Stipulation, the Court's file, and the Court having been fully informed,

**IT IS HEREBY ORDERED**:

1. The parties' foregoing Stipulation is approved in all respects;

2. The above captioned matter is hereby DISMISSED WITH PREJUDICE; and

3. Each of the parties shall bear its own attorneys' fees, costs and disbursements.

Dated: February 20, 2007

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge